GEORGE H. THOMPSON, Appellant, v. A. F. LEASTEDT, HENRY STEVENS and JOHN STEVENS, Respondents.

*Will — declaration of testator on execution of — how proven.*

The statute does not necessarily contemplate that a testatrix should declare, " in words," an instrument to be her will. It is enough that the decedent makes known to the witnesses by acts and words that it is regarded and accepted as her will, and that the witnesses subscribed it as such at her request.*

This may be established as matter of fact by one of the witnesses, even when the other has forgotten what transpired. †

Appeal from a decree of the surrogate of the county of New York, refusing probate to an instrument propounded as the last will of Eliza Leastedt, deceased.

*Augustus V. Wyck*, for the appellant.

*Franklin Bartlett*, for the respondents.

Opinion by Daniels, J.

Davis, P. J., and Brady, J., concurred.

Decree reversed, and proceedings remitted to Surrogate's Court, with direction to admit the will to probate.